BARRETT DAFFIN FRAPPIER LEVINE & BLOCK, LLP        BDFLB#  00000005194188
15000 SURVEYOR BLVD. SUITE 100
ADDISON, TX 75001
(404) 231-4567

Attorney for JPMORGAN CHASE BANK, NATIONAL ASSOCIATION

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
Atlanta DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 14-71740-MGD |
| | § | |
| WILLIAM TIMOTHY GLASS, | § | |
|    Debtor | § | CHAPTER 13 |
| | § | |
| JPMORGAN CHASE BANK, | § | |
| NATIONAL ASSOCIATION, | § | |
|    Movant | § | HEARING DATE: 08/26/2015 |
| | § | |
| v. | § | TIME:  02:00 PM |
| | § | |
| WILLIAM TIMOTHY GLASS; and | § | |
| MARY IDA TOWNSON, Trustee | § | |
|    Respondents | § | |

## NOTICE OF WITHDRAWAL OF
## MOTION FOR RELIEF FROM STAY

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW JPMORGAN CHASE BANK, NATIONAL ASSOCIATION (hereinafter "MOVANT"), a secured creditor in the referenced bankruptcy case, and states to the Court that Movant no longer wishes to prosecute its Motion for Relief from Stay, filed with the Court on May 04, 2015.

Document      Page 2 of 4

WHEREFORE, Movant hereby withdraws its Motion for Relief from Stay.

Respectfully submitted,

BARRETT DAFFIN FRAPPIER
LEVINE & BLOCK, LLP

BY: /s/ RONALD LEVINE                          8/25/2015
RONALD LEVINE
GA NO. 448736
15000 SURVEYOR BLVD. SUITE 100
ADDISON, TX 75001
Telephone: (404) 231-4567
Facsimile: (404) 231-4618
E-mail:  GA.ND.ECF@BDFGROUP.COM
ATTORNEY FOR MOVANT

## CERTIFICATE OF SERVICE

I hereby certify that on August 25, 2015 a true and correct copy of the foregoing NOTICE OF WITHDRAWAL OF MOTION FOR RELIEF FROM STAY was served via electronic means as listed on the Court's ECF noticing system or by regular first class mail to the parties listed on the attached list.

        Respectfully submitted,

        BARRETT DAFFIN FRAPPIER
        LEVINE & BLOCK, LLP


BY: /s/ RONALD LEVINE
     RONALD LEVINE
     GA NO. 448736
     15000 SURVEYOR BLVD. SUITE 100
     ADDISON, TX 75001
     Telephone: (404) 231-4567
     Facsimile: (404) 231-4618
     E-mail: GA.ND.ECF@BDFGROUP.COM
     ATTORNEY FOR MOVANT

BY ELECTRONIC NOTICE OR REGULAR FIRST CLASS MAIL:

DEBTOR:
WILLIAM TIMOTHY GLASS
810 CREEK VIEW LN
ROSWELL, GA  30075

TRUSTEE:
MARY IDA TOWNSON
191 PEACHTREE STREET NE
SUITE 2200
ATLANTA, GA  30303-1740

DEBTOR'S ATTORNEY:
HERBERT C. BROADFOOT, II
2400 INTERNATIONAL TOWER
229 PEACHTREE STREET N.E.
ATLANTA, GA  30303

PARTIES IN INTEREST:
None

PARTIES REQUESTING NOTICE:
None