UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN RE:                          CASE: A14-71740-BEM

WILLIAM TIMOTHY GLASS                     CHAPTER 13

**Debtor**

### Trustee's Motion to Dismiss Case

COMES NOW Mary Ida Townson, Standing Chapter 13 Trustee herein, and files this her Motion to Dismiss Case, respectfully showing the Court the following.

1.

The Debtor filed for relief under Chapter 13 of Title 11 on November 03, 2014.

2.

The Debtor's case will extend longer than sixty (60) months, contrary to 11. U.S.C. § 1322(d).

WHEREFORE, the Chapter 13 Trustee requests this case be dismissed.

Dated: 11/1/2019

                                             Respectfully submitted,

                                             _/s/_____
                                             Albert C. Guthrie, Attorney
                                             for the Chapter 13 Trustee
                                             GA Bar No. 142399
                                             285 Peachtree Center Ave, Suite 1600
                                             Atlanta, GA  30303-1229
                                             (404) 525-1110
                                             albertg@atlch13tt.com

1

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

**IN RE:**                                                                  **CASE: A14-71740-BEM**

WILLIAM TIMOTHY GLASS                                            **CHAPTER 13**

**Debtor**

### Notice of Hearing on Trustee's Motion to Dismiss Case

   PLEASE TAKE NOTE that the Chapter 13 Trustee has filed a Motion to Dismiss Case and related exhibits with the Court seeking an order of dismissal.

   PLEASE TAKE FURTHER NOTICE that the Court will hold a hearing on **December 11, 2019** at **1:15 PM** in **Courtroom 1402, Richard Russell Building, 75 Ted Turner Drive, SW, Atlanta, GA, 30303**.

   Your rights may be affected by the Court's ruling on these pleadings. You should read these pleadings carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one). If you do not want the Court to grant the relief sought in these pleadings or if you want the Court to consider your views, then you and/or your attorney must attend the hearing. You may also file a written response to the pleading with the Clerk at the address stated below, but you are not required to do so. If you file a written response, you must attach a certificate stating when, how and on whom (including address) you served the response. Mail or deliver your response so that it is received by the Clerk at least two (2) business days before the hearing. The address of the Clerk's Office is **Clerk, U.S. Bankruptcy Court, Richard Russell Building, 75 Ted Turner Drive, SW, Atlanta, GA, 30303**. You must also mail a copy of your response to the undersigned at the address stated below.

Dated: 11/1/2019

                                                                        Respectfully submitted,

                                                                         /s/_____
                                                                        Albert C. Guthrie, Attorney
                                                                        for the Chapter 13 Trustee
                                                                        GA Bar No. 142399
                                                                        285 Peachtree Center Ave, Suite 1600
                                                                        Atlanta, GA  30303-1229
                                                                        (404) 525-1110
                                                                        albertg@atlch13tt.com

2

A14-71740-BEM

## **CERTIFICATE OF SERVICE**

    This is to certify that on this day I caused a copy of the foregoing pleading to be served via United States First Class Mail, with adequate postage thereon, on the following parties at the address shown for each:
WILLIAM TIMOTHY GLASS
810 CREEK VIEW LANE
ROSWELL, GA 30075

I further certify that I have on this day electronically filed the pleading using the Bankruptcy Court's Electronic Filing program, which sends a notice of this document and an accompanying link to this document to the following parties who have appeared in this case under the Bankruptcy Court's Electronic Case Filing program:

RAGSDALE BEALS SEIGLER PETTERSON & GRAY

Dated: November 01, 2019

                                                              Respectfully submitted,

                                                              /s/_____
                                                              Albert C. Guthrie, Attorney
                                                              for the Chapter 13 Trustee
                                                              GA Bar No. 142399
                                                              285 Peachtree Center Ave, Suite 1600
                                                              Atlanta, GA  30303-1229
                                                              (404) 525-1110
                                                              albertg@atlch13tt.com